**IT IS ORDERED as set forth below:**

**Date: January 8, 2016**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-70871 – BEM |
| | : | |
| MISO IZAKAYA, LLC, | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**ORDER DISMISSING CASE**

The above referenced case came before the Court on January 6, 2016, for a hearing on the United States Trustee's Motion to Dismiss or in the Alternative Convert to Chapter 7 ("Motion ") [Docket No. 24]. The record reflects that the United States Trustee filed and served the Motion on December 4, 2015. As stated in the Motion, the United States Trustee contends that cause exists for the dismissal of the case pursuant to 11 U.S.C. § 1112(b) due to the debtor's failure to file mandatory documents such as its

schedules and statement of financial affairs.  Additionally, the United States Trustee contends that cause for dismissal exists pursuant to 11 U.S.C. § 1112(b) since debtor failed to attend the 11 U.S.C. § 341(a) meeting of creditors.

At the hearing, David S. Weidenbaum appeared on behalf of the United States Trustee.  Alex B. Kaufman appeared on behalf of Japan Food Network, Inc., a creditor in the case.  In advance of the hearing counsel for the debtor, Richard E. Thomasson, communicated to the United States Trustee that the debtor did not oppose the dismissal of the case.

The Court, having considered the Motion, finds cause to grant the unopposed relief requested by the United States Trustee.  Accordingly, it is hereby

**ORDERED** that the United States Trustee's Motion is **GRANTED**.  The chapter 11 case of Miso Izakaya, LLC is hereby **DISMISSED**.

END OF DOCUMENT

Order prepared and submitted by:
GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

 */s  David S. Weidenbaum*
DAVID S. WEIDENBAUM
Trial Attorney
Georgia Bar Number 745892
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
david.s.weidenbaum@usdoj.gov
Tel: 404.331.4437 ext 140

Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, the Clerk of Court is requested to serve a copy of this order on all creditors and parties-in-interest in the case.